

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

July 29, 2021

**VIA ECF**

The Honorable William F. Kuntz
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Kassin Rivers</u>, 18-cr-192 (WFK)

Your Honor,

      I write in advance of tomorrow's conference regarding the continued medical neglect and horrific conditions at the pre-trial detention facilities in New York City, the Metropolitan Detention Center in Brooklyn (MDC) and the Metropolitan Correctional Center in Manhattan (MCC).

      As the Court is aware from my letter dated July 23, 2021, I have inquired several times with the Legal Department at the MDC about providing Mr. Rivers with hearing aids. Despite following up as recent as yesterday and alerting MDC Legal that I would be raising this issue again with the Court at a hearing tomorrow, I have heard nothing.

      This is a consistent problem. I have sent at least ten e-mails in the last few months to the Legal Departments at both the MDC and MCC regarding medical neglect of clients. Earlier this month, in one case pending in the Southern District, I needed Court intervention for a client to obtain medically recommended treatment at an outside facility.

      Clients continue to report unsanitary conditions, vermin infested facilities and rancid and inedible food at both the MDC and MCC. As the Delta COVID-19 variant begins to spread, there are numerous reports of staff and Corrections Officer not wearing masks.

      I am respectfully requesting that the Court visit both the MDC and MCC with the Federal Defenders to follow-up on prison conditions.

      I have put in an emergency request to speak with Mr. Rivers in advance of tomorrow's hearing and have been told it will take place tomorrow morning. If the call comes through, I will ask Mr. Rivers about waiving his appearance and allowing Deirdre D. von Dornum of the Federal Defenders stand in for me as I will be out of state at a funeral.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com



Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

I am available at the Court's convenience should the Court require any additional information.

Thank you.

                                  Respectfully submitted,

                                            /s/

                                  Dawn Cardi

99 Madison Avenue, 8th Floor, New York, NY 10016  •  212.481.7770 TELEPHONE  •  212.271.0665 FACSIMILE  •  917.543.9993 CELL  •  cardiedgarlaw.com