UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

v.

KASSIN RIVERS,

　　　　　　　　Defendant.
------------------------------------------------------------X

ORDER
18-CR-192-3 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the parties' representations at today's status conference with respect to the medical treatment of Mr. Rivers, the Court hereby DENIES the motion pending at ECF No. 133 as moot. Further, the Court hereby ORDERS the following:

- Within 30 days from the entry of this order, the Federal Defenders will accept the invitation of the Bureau of Prisons ("BOP") to visit the Metropolitan Detention Center ("MDC"), together with the United States Attorney for the Eastern District of New York, and if they elect to join the visit, the Chief Judge of the Eastern District of New York and the Chief Magistrate Judge of the Eastern District of New York to observe the conditions that gave rise to this Court's concern about the treatment of Mr. Rivers;

- Within 30 days of the completion of their visit or visits, the Federal Defenders are hereby DIRECTED to file a written report with the Chief Judge of the Eastern District of New York and the Chief Magistrate Judge of the Eastern District of New York under whatever terms and conditions the two Chief Judges deem appropriate; and

- If the Federal Defenders, the Chief Judge and the Chief Magistrate Judge deem it appropriate, a public report will be filed regarding the site visit and addressing any and all issues they deem fit to address in whatever form they deem most appropriate.

SO ORDERED. s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 30, 2021
      Brooklyn, New York

2