

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

August 4, 2021

**VIA ECF**

The Honorable William F. Kuntz
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    United States v. Kassin Rivers, 18-cr-192 (WFK)

Your Honor,

    I write to update you on the status of Kassin Rivers' hearing aids. It is my understanding that right before the hearing on Friday July 30, 2021 at 3pm, Ms. Von Dornum was told by MDC Legal that Mr. Rivers was "presently" at the audiologist. As discussed below, I suppose next time she needs to inquire if he is scheduled to arrive to his appointment on time.

    Today, I learned that Mr. Rivers did not leave the MDC until close to 4pm on Friday July 30. Unfortunately, by the time they got to the hospital, the audiologist was gone for the day. Mr. Rivers was told the appointment had been rescheduled for today at noon, but a legal call took place with Mr. Rivers today at 1pm and he had not been to the audiologist.

    I have alerted AUSA Algor of this update.

    Mr. Rivers is also currently in the SHU. On July 26, he had a heart-related incident which required two inmates to carry him out of his cell to a stretcher that was supposed to be waiting. There was no stretcher. He was taken down to medical, where he was frustrated and angry at the lack of treatment and the unseriousness with which his ailments have been taken by the MDC. He has since been sanctioned and has lost 90-days of telephone and computer use. One does wonder if Mr. Rivers was sanctioned in retaliation for his filings with the Court and his continued complaints about his lack of treatment, or perhaps as a message to other inmates not to complain.

    I am available at the Court's convenience should the Court require any additional information.

    Thank you.

                                               Respectfully submitted,

                                               /s/

                                             Dawn Cardi

cc: All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com