UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                          :
                                                   :
        v.                                         :    **ORDER**
                                                   :    18-CR-192-3 (WFK)
KASSIN RIVERS,                                     :
                                                   :
        Defendant.                                 :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

       The Court has reviewed the Government's letter, ECF No. 137, and hereby GRANTS the Government's requests that (1) AUSA Seth Eichenholtz and an investigator from the United States Attorney's Office be permitted to represent the Government during the visit to the MDC, and (2) the Government and Federal Defenders be permitted one week to meet and confer regarding the plan for the visit.

                                                                                   **SO ORDERED.**

                                                                                     s/ WFK
                                                                          _____

Dated: August 12, 2021                      HON. WILLIAM F. KUNTZ, II
        Brooklyn, New York               UNITED STATES DISTRICT JUDGE

1